# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK L. PHILLIPS, INDIVIDUALLY,
Appellant,
vs.
TORLIN WILKINS, INDIVIDUALLY,
Respondent.

No. 81929

**FILED**

JUN 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 19
William C. Turner, Settlement Judge
Tanika M. Capers
Richard Harris Law Firm
Eighth District Court Clerk

21-17055